# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JEFFERY DULWONH GBOR, | No. ED CV 17-1666-R (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CYNTHIA ENTZEL, | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: December 21, 2017

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE